UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN JOHNSON and JANE DOE on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FRANK KENDALL, Secretary of the Air Force,<br><br>*Defendant*. | No. 3:21-cv-01214-CSH<br><br>November 27, 2023 |

## APPLICATION FOR FINAL SETTLEMENT APPROVAL

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure ("Rules") and this Court's Order Granting Preliminary Approval of Class Action Settlement, ECF No. 104-1, Class Counsel applies for Final Approval of the Settlement Agreement ("Settlement"), ECF No. 92-1.

Plaintiffs Martin Johnson and Jane Doe brought suit on behalf of themselves and all others similarly situated, challenging the treatment of former members of the U.S. Air Force and Space Force separated with a less-than-Honorable discharge status and who experienced post-traumatic stress disorder, traumatic brain injury, military sexual assault or intimate partner violence, or other mental health conditions. ECF No. 1. On March 21, 2022, while Plaintiffs' motion for class certification was pending, the Parties jointly requested that the Court refer the case to a U.S. Magistrate Judge for a settlement conference. ECF Nos. 36, 39. The Parties agreed to limited discovery before the conference, including a deposition pursuant to Rule 30(b)(6) of Air Force Discharge Review Board President, Colonel Selicia Mitchell. ECF Nos. 46, 50. The Parties then

1

engaged in protracted arm's length settlement negotiations and appeared for multiple settlement conferences before Magistrate Judge Robert M. Spector. ECF Nos. 51, 54, 70.

With the assistance of Judge Spector, the Parties reached an agreement to resolve this litigation. After the Court granted preliminary approval, Class Counsel completed the notice plan set forth in the Settlement Agreement and ordered by the Court in ECF No. 104-1. The extensive outreach conducted ensured that the Class Notice, Settlement Agreement, and information about the fairness hearing were widely distributed. Additional details about the method and results of the notice plan are available in Class Counsel's Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement ("Memorandum in Support"), the Declaration of Class Counsel Michael J. Wishnie dated November 27, 2023, and the Declaration of Marcia A. Uhrig (Class Administrator), all submitted concurrently with this filing.

Applying the principles of Rule 23(e) to this case, Class Counsel requests that the Court grant Final Approval of the Settlement after the fairness hearing scheduled for December 4, 2023. The Settlement is the product of complex and extended negotiations, and the parties believe that the Settlement secures significant and equitable relief for class members and is substantively fair, reasonable, and adequate. Additionally, the distribution of the Class Notice ordered by the Court was substantively and procedurally sufficient and the best notice practicable under the circumstances. Further explanation is set forth in Class Counsel's Memorandum in Support.

WHEREFORE, Class Counsel respectfully requests that this Court enter an order granting final approval to the Settlement Agreement.

Respectfully submitted,

FOR PLAINTIFFS:

/s/ Michael J. Wishnie
Gustavo Berrizbeitia, Law Student Intern
Grace Fenwick, Law Student Intern
Zoe Kreitenberg, Law Student Intern
Romina Lilollari, Law Student Intern
Michael J. Wishnie (ct27221)
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Jacob Tracer, *pro hac vice*
Susan J. Kohlmann, *pro hac vice*
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1678
jtracer@jenner.com

*Counsel for Plaintiffs*